**Bill PRYOR, Attorney General for the State of Alabama, State of Alabama, Plaintiffs–Appellants,**

**v.**

**Janet RENO, Attorney General of the United States, United States of America, Defendants–Appellees.**

No. 98–6261.

United States Court of Appeals, Eleventh Circuit.

May 11, 2000.

Jack M. Curtis, Alabama Dept. of Public Safety, Billington Malone Garrett, John J

Park, Jr., Leura J. Garrett, Kenneth E. Vines, Montgomery, AL, Frank W. Hunger, Asst. Atty. Gen./U.S. Dept. of Justice, Civil Div., Washington, DC, Anne Miyako Hayes, Pacific Legal Foundation, Sacramento, CA, for Plaintiffs–Appellants.

Gregory S. Feder, Marc Richard Baluda, Arter & Hadden, L.L.P., Washington, DC, for Defendants–Appellees.

Before TJOFLAT, Circuit Judge, and GODBOLD and HILL, Senior Circuit Judges.

BY THE COURT:

The Supreme Court of the United States, having vacated and remanded this case for further consideration in the light of *Reno v. Condon*, 528 U.S. ——, 120 S.Ct. 666, 145 L.Ed.2d 587 (2000) it is therefore

ORDERED AND ADJUDGED,

that the judgment of the district court in the above-referenced case is hereby VACATED and the case is REMANDED to the United States District Court for the Middle District of Alabama for further consideration in light of *Reno v. Condon*, 528 U.S. ——, 120 S.Ct. 666 (2000).